IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCO'S FRANCHISING, LLC.
(Ohio Corporation)
5252 Monroe Street
Toledo, Ohio 43625
        Plaintiff,         Case No. 8:06-CV-00670-EAK-TGW

v.

MARCO'S ITALIAN EXPRESS, INC.
(Florida Corporation)
11411 Starkey Road
Largo, Florida 33773-4738

        Defendant.

## ORDER OF FINAL JUDGMENT ON CONSENT

Pursuant to a mediation conducted by Honorable Magistrate Judge Scriven on September 26, 2007, the parties settled their differences on confidential grounds and in essential reliance upon a full performance by each party according to the terms of settlement. In partial consideration for that settlement the parties have requested entry into the public record, and the Court does hereby enter, a final judgment on consent, on the following terms.

    1.    MARCO'S ITALIAN EXPRESS, INC. and all others in privity or acting in active concert therewith including, but not limited to, MARKEY'S ITALIAN EXPRESS, INC., a Florida corporation that is a related company, and MARK HUNTER, a Florida domiciliary that is the principal shareholder and President of both related companies, each shall transition from any current use of the formatives "Marco's" or "Marco's Italian Express" as a trade name, service mark and trademark for the conduct of Italian-style restaurant and carry-out food

1

services within Pinellas County, FL to a new trade name, service mark and trademark which does not employ the formative "Marco's" but which may consist essentially of the formatives - Markey's - or - Markey's Italian Express - and shall complete that transition on or before October 1, 2008.

2.   After October 1, 2008, MARCO'S ITALIAN EXPRESS, INC. and all those in privity or acting in active concert therewith, shall be permanently enjoined from any further use of the formatives "Marco's" or "Marco's Italian Express" as a trade name, service mark and trademark for the conduct of any Italian-style restaurant and carry-out food services anywhere within the State of Florida.

3.   MARCO'S ITALIAN EXPRESS, INC. and all those in privity or acting in active concert therewith, acknowledge the validity and enforceability of the pleaded federal registration MARCO'S PIZZA (Reg. No. 1,392,554) for the goods of "pizza for consumption on or off the premises as well as for restaurant and carry-out services" and current ownership thereof by MARCO'S FRANCHISING, LLC.

4.   MARCO'S FRANCHISING, LLC acknowledges the right but not the obligation of MARCO'S ITALIAN EXPRESS, INC. and all those in privity or acting in active concert therewith, to adopt and use a new trade name comprising the formatives - Markey's - or - Markey's Italian Express – as well as to adopt, use and federally register new service marks and trademarks consisting essentially of the formative - Markey's Italian Express - and specifically including a logo design format, as follows:



5.   This Order of final judgment shall supersede all prior Orders relating to the merits of any of the claims and defenses now of record in this action, and shall specifically vacate the July 9, 2007, Order denying summary judgment to either party [Docket No. 44].

6.   No costs are awarded as part of this Order of final judgment

Signed this 30th day of November, 2007.

Honorable Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Dominick J. Graziano, Esq.
Stephen Evans, Esq. and Jennifer Dawson, Esq.
Edward C. Castanga, Jr. Esq.
Warren E. Olsen, Esq.

3